In the Matter of the Claim of ISRAEL ROSENHAUPT, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten record and briefs granted, and Isaac Strahl, Esq., is assigned as attorney under rule 36 of the Rules of Civil Practice. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of JOHN H. TESTA, Respondent, against BOARD OF WATER COMMISSIONERS OF THE CITY OF NORWICH, Appellant.— Motion for reargument denied, without costs. Motion for permission to appeal to the Court of Appeals denied, as unnecessary. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 286 App. Div. 1124.]

JAMES W. COLLINS, Respondent, v. RICHARD CHILDS, Appellant.— Motion for permission to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 286 App. Div. 1132.]

E. G. DE LIA & SONS CONSTRUCTION CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30558.) — Motion for settlement of order. Motion granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 732.]

## (February 7, 1956)

EVELYN LANSDALE, Respondent, v. ROBERT LANSDALE, Appellant.— Argument of appeals from orders in the above matter is postponed until Monday, February 20, 1956, at one o'clock in the afternoon. Operation of the order sequestering defendant's State retirement benefits is stayed so far as plaintiff-respondent's benefits are concerned pending a determination of these appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT LEITSTEIN, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for extension of time within which to perfect appeal from an order denying a writ of habeas corpus. The appeal herein is in a civil proceeding and an enlargement of time is not necessary. Motion denied. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

ALEXANDER OLEKSIAK, Respondent, v. BERNARD A. BARTON, Appellant. — Application to reinstate appeal denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of HELEN B. WHITNEY, Appellant, against WYANDOTTE CHEMICAL COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

## (February 21, 1956)

LEO E. DALTON, Plaintiff, v. GILMAN PAPER COMPANY et al., Defendants. MARGARET W. McPARLAND, as Administratrix of the Estate of PETER McPARLAND, Deceased, Plaintiff, v. GILMAN PAPER COMPANY et al., Defendants. — Motion for stay pending determination of appeal. Motion granted, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.